UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK E. GERSTL,

        Plaintiff,

    -against-

SECRETARY OF HEALTH & HUMAN
SERVICES,

        Defendant.

1:26-CV-2358 (UA)

ORDER DENYING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $405.00 in fees – a $350.00 filing fee and a $55.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:    March 30, 2026
        New York, New York

               /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
           Chief United States District Judge