UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK GERSTL,

                    Plaintiff,

        -against-                                    1:26-CV-2358 (LTS)

SECRETARY OF HEALTH & HUMAN                          ORDER OF DISMISSAL
SERVICES,

                    Defendant.

LAURA TAYLOR SWAIN, Chief United States District Judge:

        By order dated March 30, 2026, the Court directed Plaintiff, within 30 days, to pay the

$405.00 in fees required to file a civil action in this court. That order specified that failure to

comply would result in dismissal of this action. Plaintiff has not paid the fees. Accordingly, the

Court dismisses this action without prejudice. *See* 28 U.S.C. § 1914.

        The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would

not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant

demonstrates good faith when he seeks review of a nonfrivolous issue).

        The Court directs the Clerk of Court to enter a judgment dismissing this action for the

reasons set forth in this order.

SO ORDERED.

 Dated:    May 7, 2026
           New York, New York

                                            ___/s/ Laura Taylor Swain_____
                                                  LAURA TAYLOR SWAIN
                                                Chief United States District Judge