UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK GERSTL,

                        Plaintiff,

          -against-

SECRETARY OF HEALTH & HUMAN
SERVICES.,

                    Defendants.

26 CIVIL 002358 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 7, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

        SO ORDERED.

Dated:    May 11, 2026
            New York, New York

                            /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                  Chief United States District Judge